UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

**Civil No. 05-1115** (JRT/RLE)

TORASIE FRATZKE,

                              Plaintiff,

v.

IC SYSTEM, INC.,

                              Defendant.         **ORDER ADOPTING REPORT AND RECCOMENDATION**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Civil No. 06-232** (PJS/RLE)

TARA MONK,

                              Plaintiff,

v.

IC SYSTEM, INC.,

                              Defendant.

---

      Thomas J. Lyons, Jr. and Andre E. Best, **CONSUMER JUSTICE CENTER, P.A.**, 367 Commerce Court, Vadnais Heights, Minnesota 55127, for plaintiffs.

      Patrick J. Sauter, William P. Wassweiler, Michelle K. Dove, Joshua A. Hasko, **RIDER BENNETT, LLP**, 33 South Sixth Street, Suite 4900, Minneapolis, MN 55402, for defendant.

      Based upon the Report and Recommendation of United States Chief Magistrate Judge Raymond L. Erickson, and after an independent review of the files and records in this case, and on the fact that no objections have been filed to the Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. The defendant's motions to consolidate cases in civil case number 05-1115 (JRT/RLE), [Docket No.18] and in civil case number 06-232 (PJS/RLE), [Docket No. 28] are granted.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above cases are consolidated into a single action for all purposes, including pretrial and trial proceedings before Judge John R. Tunheim and Chief Magistrate Judge Raymond L. Erickson.

3. All future filings pertaining to the above actions shall be filed in case number 05-cv-1115 (JRT/RLE), and shall have the following caption:

>   TORASIE FRATZKE and TARA MONK,
>
>   Plaintiffs
>
>   05-CV-1115 (JRT/RLE)
>
>   v.
>
>   IC SYSTEM, INC.,
>
>   Defendant.

4. The plaintiffs shall jointly file an amended consolidated complaint within twenty (20) days of the date of this order.

5. The Clerk of Court is directed to close case number 06-cv-232 (PJS/RLE).

DATED: April 13, 2007
at Minneapolis, Minnesota.

            s/John R. Tunheim
            JOHN R. TUNHEIM
            United States District Judge

DATED: April 12, 2007
at St. Paul, Minnesota.

            s/Patrick J. Schiltz
            PATRICK J. SCHILTZ
            United States District Judge